PROB 35

# ORDER TERMINATING PROBATION
# PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA** )
)
    **vs.**       )    **Docket Number:  2:04CR00253-01**
)
**KIMBERLY ANN DEVAN** )
)

On April 2, 2004, the above-named was placed on probation for a period of three years.  She has complied with the rules and regulations of supervision.  It is accordingly recommended that Kimberly Ann Devan be discharged from supervision.

Respectfully submitted,

/s/   John A. Poglinco

**JOHN A. POGLINCO**
**Senior United States Probation Officer**

Dated:   December 1, 2006
     Sacramento, California
     JAP:jz

**REVIEWED BY:**   **/s/  Kyriacos M. Simonidis**
       **KYRIACOS M. SIMONIDIS**
       **Supervising United States Probation Officer**

**Re:     Kimberly Ann DEVAN**
**        Docket Number:   2:04CR00253-01**
**        ORDER TERMINATING PROBATION**
**        <u>PRIOR TO EXPIRATION DATE</u>**

<div style="border-bottom: 3px double black;"></div>

## ORDER OF COURT

It is ordered that Kimberly Ann Devan be discharged from probation, and that the proceedings in the case be terminated.

  December 4, 2006   
**Date**                                                    **FRANK C. DAMRELL, JR.**
                                                            **United States District Judge**


Attachment:   Recommendation
cc:      United States Attorney's Office
         FLU Unit, AUSA's Office
         Fiscal Clerk, Clerk's Office